IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ESTATE OF RICHARD L. CURTIS, by and through Sherry L. Dircksen, Special Administrator for the heirs and next-of-kin; and SHERRY L. DIRCKSEN, Special Administrator for the heirs and next-of-kin;<br><br>Plaintiffs,<br><br>vs.<br><br>FIVE STAR QUALITY CARE-NE, LLC, FIVE STAR QUALITY CARE-NE, INC., FIVE STAR SENIOR LIVING, INC., FIVE STAR QUALITY CARE TRUST, SNH NEB TENANT, LLC, SNH PROJ LINCOLN TRS, LLC, SNH TRS LICENSE HOLDCO, LLC, SNH TRS, INC., DIVERSIFIED HEALTHCARE TRUST, and FSQ, INC,<br><br>Defendants. | 8:21CV198<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on the parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 40).  The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice with each party to bear their own costs and attorneys' fees.

Dated this 4th day of August, 2023.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge